1  **FARUQI & FARUQI, LLP**
   VAHN ALEXANDER (167373)
2  1901 Avenue of the Stars, Second Floor
   Los Angeles, CA 90067
3  Telephone: (310) 461-1426
   Facsimile: (310) 461-1427
4  valexander@faruqilaw.com

5  *Attorneys for Plaintiff*

6                     **UNITED STATES DISTRICT COURT**

7                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JON M. McCREARY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CELERA CORP., KATHY P. ORDOÑEZ, WILLIAM G. GREEN, RICHARD H. AYERS, JEAN-LUC BÉLINGARD, GAIL K. NAUGHTON, WAYNE I. ROE, PETER BARTON HUTT, BENNETT M. SHAPIRO, QUEST DIAGNOSTICS, INC. and SPARK ACQUISITION CORPORATION,<br><br>Defendants. | Case Number: CV-11-1618-SC<br><br>**PLAINTIFF JON M. McCREARY'S NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**<br><br>Judge: Hon. Samuel Conti<br><br>Hearing Date: May 27, 2011<br>Hearing Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor<br><br>Date Action Filed: April 1, 2011 |

1 **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2     **PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, located at 450 Golden Gate Avenue, San Francisco, California, in Courtroom 1, 17th Floor, plaintiff Jon M. McCreary ("Plaintiff"), will move the Court for an Order granting a preliminary injunction to enjoin the shareholder vote, currently set for April 25, 2011, and ordering expedited discovery, concerning the proposed acquisition of Celera Corp. ("Celera") by Quest Diagnostics, Inc. ("Quest") for $8.00 per share in cash, representing an aggregate deal value of approximately $671 million.

    Plaintiff's Motion is based upon this instant Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support herewith, the supporting Declaration of Juan E. Monteverde, and all papers previously filed herein as well as such other papers, evidence, materials and argument as the Court may consider.

Dated:  April 5, 2011

**FARUQI & FARUQI, LLP**

By:          */s/Vahn Alexander*
        VAHN ALEXANDER

1901 Avenue of the Stars, Second Floor
Los Angeles, CA  90067
Telephone: (310) 461-1426
Facsimile: (310) 461-1427
valexander@faruqilaw.com

**FARUQI & FARUQI, LLP**
JUAN E. MONTEVERDE(*pro hac vice* to be filed)
369 Lexington Ave., Tenth Floor
New York, NY  10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
jmonterverde@faruqilaw.com

*Counsel for Plaintiff*