1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH M. ANDAL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>CELERA CORPORATION, QUEST DIAGNOSTICS INCORPORATED, SPARK ACQUISITION CORPORATION, RICHARD H. AYERS, JEAN-LUC BELINGARD, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL K. NAUGHTON, KATHY ORDONEZ, WAYNE I. ROE, AND BENNET M. SHAPIRO,<br><br>    Defendants. | Case No.: 11-CV-01769-LHK<br><br>ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c) |

  Pursuant to Civil Local Rule 3-12(c), the Court refers this case to the judge assigned to *McCreary v. Celera Corp.*, et al., 3:11-cv-01618-SC, for determination whether the cases are related. This Clerk shall send this order to all parties in both cases, and, pursuant to Civil Local Rule 3-12(c), the parties must file any responses in opposition to or in support of relating the cases pursuant to Civil Local Rule 3-12(d). The Case Management Conference set for July 20, 2011 is hereby VACATED.

Case No.: 11-CV-01769-LHK
ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c)

**IT IS SO ORDERED.**

Dated: July 18, 2011



LUCY H. KOH
United States District Judge

Case No.: 11-CV-01769-LHK
ORDER REFERRING CASE FOR REVIEW PURSUANT TO CIVIL LOCAL RULE 3-12(c)