**FARUQI & FARUQI, LLP**
DAVID E. BOWER (119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON M. MCCREARY, Individually and on Behalf Of All Others Similarly Situated;<br><br>Plaintiff,<br><br>v.<br><br>CELERA CORPORATION, KATHY P. ORDOÑEZ, WILLIAM G. GREEN, RICHARD H. AYERS, JEAN-LUC BELINGARD, GAIL K. NAUGHTON, WAYNE I. ROE, PETER BARTON HUTT, BENNETT M. SHAPIRO, QUEST DIAGNOSTICS INCORPORATED, and SPARK ACQUISITION CORPORATION<br><br>Defendants. | Case No.: 3:11-cv-1618-SC<br><br>**PLAINTIFF JON M. MCCREARY'S NOTICE OF VOLUNTARY DISMISSAL OF CLASS ACTION COMPLAINT WITHOUT PREJUDICE**<br><br>Judge: Honorable Samuel Conti<br><br>Ctrm: 1-17th Floor San Francisco<br><br>Date Action Filed: April 8, 2011 |

PLAINTIFF JON M. MCCREARY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff JON M. MCCREARY ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action and all claims in this action, without prejudice, as to all Defendants.

**Federal Rule of Civil Procedure 41(a)(1) provides, in pertinent part:**

**(a) Voluntary Dismissal.**

**(1) By the Plaintiff.**

(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or motion for summary judgment

\* \* \*

Defendant has been served with the Complaint but no defendant has answered Plaintiff's Complaint, nor has any defendant filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and with an Order of the Court, and that dismissal is hereby requested.

Dated: February 11, 2013

**FARUQI & FARUQI, LLP**

By: _____
DAVID E. BOWER (119546)

10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

*Attorney for Plaintiff Jon M. McCreary*

---

2
PLAINTIFF JON M. MCCREARY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: February 11, 2013  /s/ *David E. Bower*
David E. Bower

# Mailing Information for a Case 3:11-cv-01618-SC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David Eldridge Bower**
  dbower@faruqilaw.com,ecf@faruqilaw.com,mblackman@faruqilaw.com,ecfca@faruqilaw.com

- **Andrew Milton Farthing**
  andrew.farthing@lw.com,maria.solis@lw.com,svdocket@lw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com,Jennifer.Duckworth@lw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)